```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
KEVIN C. DOWNS,                           :
                                          :
                         Plaintiff,       :      25cv662 (DLC)
                                          :
            -v-                           :         ORDER
                                          :
AUDACY NEW YORK, LLC,                     :
                                          :
                         Defendant.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The complaint in this case was filed on January 23, 2025. An Order of January 28 scheduled an initial pretrial conference for March 27. On February 11, the defendant waived service of summons such that its response to the complaint is due April 7. Accordingly, it is hereby

ORDERED that the March 27 initial pretrial conference is adjourned to **April 11, 2025** at **2:30 p.m.**

IT IS FURTHER ORDERED that the plaintiff shall promptly serve this Order on the defendant and file proof of such service on ECF by **February 14, 2025**.

Dated:    New York, New York
          February 11, 2025

                                      _____
                                              DENISE COTE
                                      United States District Judge